## Barbara V. HANSEN v. Frederick A. HANSEN.

### No. 10867.

Circuit Court of Appeals, Ninth Circuit.

Oct. 26, 1944.

Walter H. Hodge, of Cordova, Alaska, for appellant.

Thomas M. Donohoe, of Anchorage, Alaska, for appellee.

Before GARRECHT and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

## Thor W. HENRICKSEN, formerly Acting Collector of Internal Revenue for the District of Washington, v. Theo. H. ZIMMERMAN and Lois Zimmerman.

## ZIMMERMAN et ux. v. HENRICKSEN, etc.

### No. 10906.

Circuit Court of Appeals, Ninth Circuit.

Oct. 30, 1944.

J. Charles Dennis, U. S. Atty., of Seattle, Wash., Harry Sagar, Asst. U. S. Atty., of Tacoma, Wash., and Thomas R. Winter, Sp. Asst. to Chief Counsel, Bureau of Internal Revenue, of Seattle, Wash., for appellant Henricksen.

S. A. Gagliardi and Burns Poe, both of Tacoma, Wash., for appellants Zimmerman.

Before GARRECHT and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeals of respective parties herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

## In the Matter of Maurice J. HEROLD and Charles Urban, Individually and as Partners Under the Trade-Name of Newark Transformer Company, Debtor,

## Maurice J. HEROLD and Charles Urban, Individually and as Partners Under the Trade-Name of Newark Transformer Company, Appellant, v. CLEMCO, Inc., Appellee.

### No. 8587.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 5, 1944.

Decided Oct. 23, 1944.

Milton H. Goldberger, of Newark, N. J. (Gross & Blumberg, of Newark, N. J., on the brief), for appellants.

Samuel J. Davidson, of Hoboken, N. J. (Harry W. Lange, Jr., of Hoboken, N. J., on the brief), for appellee.

Before GOODRICH and McLAUGHLIN, Circuit Judges, and KALODNER, District Judge.

PER CURIAM.

Affirmed on the opinion of the court below, 57 F.Supp. 359.